SEALED

FILED - USDC - FLMD - ORL
MAY 20 2026 PM2:07

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:26-cr- 128-RBD-DCI
18 U.S.C. § 871(a)

SARAH EVELYN DAVIS

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Threat to Kill President of the United States)**

On or about April 8, 2026, in the Middle District of Florida, the defendant,

SARAH EVELYN DAVIS,

did knowingly and willfully make a threat to take the life of the President of the United States in a live-stream TikTok video online, specifically stating: "but when it comes to Trump, I'll fucking kill your ass, bitch" and "I got a gun just for you, only for you, Trump" and "gun rights for me to shoot your ass," or words to that effect, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 871(a).

[redacted]

GREGORY W. KEHOE
United States Attorney

By: ________________________
Jerry M. Harre
Special Assistant United States Attorney

By: ________________________
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
May 26

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

SARAH EVELYN DAVIS

INDICTMENT

Violations: 18 U.S.C. § 871(a)

A tr[redacted]

______________________
Foreperson

Filed in open court this 20th day of May, 2026.

______________________
Clerk

Bail $______________________

GPO 863 525